**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS – KANSAS CITY DIVISION**

| | | | |
|---|---|---|---|
| In re: | TOMLINSON TRANSPORT LLC, | ) | Case No. 24-20236-RDB |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

**DEBTOR'S MOTION TO INCUR POST-PETITION DEBT AND TO GRANT POST-PETITION SECURITY INTEREST**

**COMES NOW** Debtor, Tomlinson Transport, LLC (the "Debtor"), by and through Counsel, and for its Motion to Incur Post-Petition Debt and Security Interest, states that:

1.     On March 8, 2024, Debtor filed a Petition for Chapter 11 relief.

2.     Debtor has filed its Chapter 11, Subchapter V Plan of Reorganization.

3.     A major concern for creditors and the United States Trustee involves a pre-petition insurance policy with United Financial Casualty Company.  The policy with United Financial was effective April 21, 2023 through April 21, 2024.

4.     Due to a substantial increase in a quote for renewal with United Financial, the Debtor elected shop elsewhere for insurance.  Debtor was able to obtain updated insurance coverage through Canal Insurance Co. by way of Debtor's agent, The Paladin Group.

5.     The new policy with Canal Insurance would be effective from April 21, 2024 through April 21, 2025 and provide commercial general liability coverage as well as liability for vehicles and equipment owned by the Debtor.

6.     Pursuant to the Premium Finance Agreement attached hereto as ***Exhibit A,*** Debtor obtained the following proposed maximum Finance Terms through First Insurance Funding:

    a.  APR:  15.3%
    b.  Amount financed:  $64,719.48
    c.  Cash payment down: $16,844.87
    d.  d.  payment terms:  9 payments of $7,657.23 per month beginning on May 21, 2024.
    e.  security interest in all right, title and interest to the scheduled policies.

7.     These terms are commercially reasonable in light of Debtor's financing of the policy terms.

8.     Debtor is willing to work with its insurance carrier(s) to provide notice to any secured creditors, the Subchapter V Trustee and US Trustee if any premiums were to be unpaid or any lapse were to occur.

**WHEREFORE,** the Debtor respectfully moves the Court for an order authorizing the post-petition financing described in the Finance Terms outlined above and Exhibited hereto, including the security interest granted, and for any other relief necessary and proper under the circumstances.

1

Dated: April 22, 2024

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION BY DEBTOR

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Application for Employment of Attorneys for Debtor, with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **May 13, 2024,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.
If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, **June 20, 2024 at 1:30 pm.** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Monday, April 22, 2024 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

Office of the United States Trustee via ECF Notice.

[See attached mailing matrix]

s/ Ryan A. Blay

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 24-20236<br>District of Kansas<br>Kansas City<br>Mon Mar 11 10:33:56 CDT 2024 | Tomlinson Transport, LLC<br>16777 W 157th St.<br>Olathe, KS 66062-6348 | Ally Financial<br>PO Box 380901<br>Minneapolis MN 55438-0901 |
| Bank of America<br>4060 OGLETOWN/STANTON RD<br>DE5-019-03-07<br>Newark DE 19713 | Bricker Graydon<br>7570 Bales St, Ste. 220<br>West Chester OH 45069-0004 | Capital One<br>PO Box 31293<br>Salt Lake City UT 84131-0293 |
| Corefirst Bank & Trust<br>3035 SW Topeka Blvd.<br>Topeka KS 66611-2122 | Country Meadows Storage<br>18900 N Webster St,<br>Spring Hill KS 66083-8446 | Dedicated Financial<br>1970 Oakcrest Ave<br>Ste. 217<br>Saint Paul MN 55113-2624 |
| ECapital Freight Corporation<br>20807 Biscayne Blvd<br>Ste. 203<br>Miami FL 33180-1410 | Fora Financial<br>1385 Broadway<br>15th Floor<br>New York NY 10018-6015 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Matthew Tomlinson<br>16777 W 157th St.<br>Olathe KS 66062-6348 | Sheffield Financial<br>150 South Stratford Road<br>Winston Salem NC 27104-4227 | Sheffield Financial<br>PO Box 580229<br>Charlotte NC 28258-0229 |
| The Business Backer, LLC<br>10856 Reed Hartman Hwy #100<br>Blue Ash OH 45242-0209 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | american express<br>P.O. Box 981535<br>El Paso TX 79998-1535 |
| american express<br>P.O. Box 981537<br>El Paso TX 79998-1537 | Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JPMCB - Card Services<br>301 N WALNUT ST, FLOOR 09<br>Wilmington DE 19801 | (d)JPMCB Card Services<br>PO BOX 15369<br>Wilmington DE 19850 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                   19 |

# We Appreciate Your Business!

You have successfully completed the e-Payment process. Here is a summary of your transaction. We thank you and appreciate your business!

Payment Entered Time: 04/16/2024 9:17 AM

| Quote # | Insured Name | Amount |
|---|---|---|
| 63355721 | Tomlinson Transport LLC | 16,844.87 |

Processing Fee: 0.00
Total Amount: 16,844.87

Reference Number: 101735108
Bank Account Number: ************7267
Scheduled Post Date: 04/16/2024

This payment will be processed by FIRST Insurance Funding.

Some banks required authorization to debit your bank account. If your bank requires that, our FIRST Insurance Funding Payee ID is 2363437365.

For any questions regarding this transaction, please contact Customer Service at (800) 837-3707 or email csr@firstinsurancefunding.com.

Note: The e-Payment Cut-off time is 3:00 PM CST. Any payment made after that time will be processed on the next business day. The Scheduled Post Date indicates the date this payment will be processed to your loan. The Total Amount will be deducted from the Bank Account Number on the business day following the Scheduled Post Date.

FIRST Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917

**LENDER:**

# PREMIUM FINANCE AGREEMENT

☐ Personal  ☑ Commercial  ☐ Additional Premium

450 Skokie Blvd, Ste 1000

Northbrook, IL 60062-7917
P:(800) 837-3707 F:(800) 837-3709
www.firstinsurancefunding.com

## FIRST INSURANCE® FUNDING
A WINTRUST COMPANY

**Quote #: 63355721**

| INSURED/BORROWER | Customer ID: N/A | AGENT or BROKER |
|---|---|---|
| (Name and Address as shown on Policy)<br>Tomlinson Transport LLC<br>16777 W 157th St<br>Olathe, KS 66062-6348 | | (Name and Business Address)<br>The Paladin Group<br>1005 Technology Pkwy<br>Cedar Falls, IA 50613 |

## LOAN DISCLOSURE

| Total Premiums, Taxes, and Fees | Down Payment | Unpaid Balance | Documentary Stamp Tax (only applicable in Florida) | Amount Financed (amount of credit provided on your behalf) | FINANCE CHARGE (dollar amount the credit will cost you) | Total of Payments (amount paid after making all scheduled payments) | ANNUAL PERCENTAGE RATE (cost of credit as a yearly rate) |
|---|---|---|---|---|---|---|---|
| 81,564.35 | 16,844.87 | 64,719.48 | 0.00 | 64,719.48 | 4,195.59 | 68,915.07 | 15.300 % |

### YOUR PAYMENT SCHEDULE WILL BE:

*Mail Payments to: FIRST Insurance Funding, PO Box 7000, Carol Stream, IL 60197-7000*

| Number of Payments | Amount of Each Payment | **First Installment Due** | 5/21/2024 |
|---|---|---|---|
| 9 | 7,657.23 | **Installment Due Dates** | 21st (Monthly) |

Certain information contained in the Loan Disclosure section may change in accordance with Section 19 of this Agreement.

**INSURED'S AGREEMENT:**

**1. SECURITY INTEREST.** INSURED/BORROWER ("Insured") grants and assigns FIRST Insurance Funding, A Division of Lake Forest Bank & Trust Company, N.A. ("LENDER") a first priority lien on and security interest in the financed policies and any additional premium required under the financed policies listed in the Schedule of Policies, including (a) all returned or unearned premiums, (b) all additional cash contributions or collateral amounts assessed by the insurance companies in relation to the financed policies and financed by LENDER hereunder, (c) any credits generated by the financed policies, (d) dividend payments, and (e) loss payments which reduce unearned premiums (collectively, the "Financed Policies"). If any circumstances exist in which premiums related to any Financed Policy could become fully earned in the event of loss, LENDER shall be named a loss-payee with respect to such policy.

**2. FINANCE CHARGE.** The finance charge begins accruing on the earliest effective date of the Financed Polices. The finance charge is computed using a 365-day calendar year.

**3. LATE PAYMENT.** For commercial loans, a late charge will be assessed on any installment at least 5 days in default, and the late charge will equal 5% of the delinquent installment or the maximum late charge permitted by law, whichever is less. For personal loans, a late charge will be assessed on any installment 10 days in default, and the late charge will be the lesser of $10 or 5% of the delinquent installment.

**4. PREPAYMENT.** If Insured prepays the loan in full, Insured is entitled to a refund of the unearned finance charge computed according to the Rule of 78s.

## SCHEDULE OF POLICIES

| Policy Number | Full Name of Insurance Company and Name of General Agent or Company Office to Which Premium is Paid | Coverage | Policy Term | Effective Date | Premiums, Taxes and Fees |
|---|---|---|---|---|---|
| TBD | C01767-CANAL INSURANCE COMPANY<br>G01694-FIRST LIGHT PROGRAM MANAGERS<br>[CX:30] [FI, 90%PR] A/F [44,151.42] | PKG | 12 | 4/21/2024<br>ERN TXS/FEES<br>FIN TXS/FEES | 54,305.53<br>515.00<br>883.75 |
| TBD | C01651-CERTAIN UNDERWRITERS AT LLOYDS, LONDON<br>G01694-FIRST LIGHT PROGRAM MANAGERS<br>[CX:0]  [90%PR] A/F [20,568.06] | PKG | 12 | 4/21/2024<br>ERN TXS/FEES<br>FIN TXS/FEES | 25,710.07<br>150.00<br>0.00 |
| | | | | **TOTAL** | 81,564.35 |

Q# 63355721, PRN: 041124, CFG: A17486 - The Paladin Group, RT: A17486 - IMM, DD: N/A, BM: Invoice, Qtd For: A17486 Original, Memo 0

**5. PROMISE TO PAY.** In consideration of the premium payment by LENDER to the insurance companies listed in the Schedule of Policies (or their authorized representative) or the Agent or Broker listed above, Insured unconditionally promises to pay LENDER, the Amount Financed plus interest and other charges permitted under this Agreement, including the Down Payment if owed and payable directly to LENDER, subject to all the provisions of this Agreement.

**6. POWER OF ATTORNEY.** INSURED IRREVOCABLY APPOINTS LENDER AS ITS "ATTORNEY-IN-FACT" with full power of substitution and full authority, in the event of default under this Agreement, to (a) cancel the Financed Policies in accordance with the provisions contained herein, (b) receive all sums assigned to LENDER, and (c) execute and deliver on behalf of Insured all documents relating to the Financed Policies in furtherance of this Agreement. This right to cancel will terminate only after all of Insured's indebtedness under this Agreement is paid in full. Insured is responsible for repayment of the Amount Financed plus interest and other charges permitted under this Agreement, including the Down Payment if owed and payable directly to LENDER, irrespective of whether LENDER exercises this right to cancel the Financed Policies.

**7. SIGNATURE & ACKNOWLEDGEMENT.** Insured has received, reviewed, and signed a copy of this Agreement. By signing below, you certify that you have the requisite authority to (a) enter into this Agreement on behalf of Insured (if applicable, including as agent, trustee, executor, or otherwise in a representative capacity) and any other insureds named on the Financed Policies, and (b) jointly and severally agree on behalf of all insureds named on the Financed Policies to all provisions set forth in this Agreement. **Insured acknowledges and understands that entry into this financing arrangement is not required as a condition for obtaining insurance coverage.**

**NOTICE TO INSURED: (1) Do not sign this Agreement before you read both pages of it, or if it contains any blank space. (2) You are entitled to a completely filled-in copy of this Agreement. (3) You have the right to prepay the loan in full and receive a refund of any unearned finance charge. (4) Keep a copy of this Agreement to protect your legal rights. (5) See last page of Agreement for your consent to electronic statement and notice delivery.**

*Matthew Joel Tomlinson*
Matthew Joel Tomlinson (Apr 15, 2024 15:27 CDT)

Apr 15, 2024

Signature of Agent

4/11/2024

| Signature of Insured or Authorized Agent | Date | | Date |

**FIF1122NBP**

Case 24-20236   Doc# 32-1   Filed 04/22/24   Page 2 of 11



## COMMERCIAL TRUCK INSURANCE APPLICATION
(Commercial Auto, General Liability, Cargo)

**TEXAS**: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**UTAH:** Any person who knowingly presents false or fraudulent underwriting information, files or causes to be filed by false or fraudulent claim for disability compensation or medical benefits, or submits a false or fraudulent report or billing for health care fees or other professional services is guilty of a crime and may be subject to fines and confinement in state prison.

**ALL OTHER STATES:** Any person who knowingly and with intent to defraud any insurance company or another person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects the person to criminal and civil penalties.

**Initial** _____

## MVR AND CREDIT REPORT ACKNOWLEDGEMENT

I authorize Canal Insurance Company and/or Canal Indemnity to obtain a copy of any Motor Vehicle Report for rating/underwriting the insurance for which I have applied.

DISCLOSURE: In connection with the application for commercial automobile insurance, we may review a credit report or obtain or use a credit-based insurance score based on the information contained in that credit report. We may use a third party in connection with the development of the insurance score. Your credit report/credit based insurance score will not be used other than the underwriting of the commercial automobile insurance for which you have applied.

Under no circumstances can the credit-based insurance score, the lack thereof, or the refusal to authorize the obtaining of a credit report or a credit-based insurance score is a factor in determining your eligibility for commercial automobile, including cancellation or nonrenewal, if a policy is ultimately issued.

I authorize Canal Insurance Company and/or Canal Indemnity to obtain a credit report, including but not limited to a credit based insurance score based on personal information provided. This authorization is valid for future reports obtained for renewal policies with Canal.

_Matthew Joel Tomlinson_
Matthew Joel Tomlinson (Apr 15, 2024 15:27 CDT)
Applicant Signature

Apr 15, 2024
_____
Date

A-101 (11-2021)

11

Case 24-20236   Doc# 32-1   Filed 04/22/24   Page 3 of 11



# COMMERCIAL TRUCK INSURANCE APPLICATION
### (Commercial Auto, General Liability, Cargo)

**ACKNOWLEDGEMENT AND SIGNATURE**

I hereby acknowledge that the information contained in this application is true and agree that any intentional misrepresentation of any of the facts by me will constitute reason for the Company to cancel any policy issued on the basis of this application, and will hold the Company harmless for the action taken. I also agree that if a policy is issued pursuant to this application, the application and any elections or rejections, which are included with the application and signed by me, may be relied upon by the Company as accurate and shall become a part of the policy

I understand that the coverage selection and limit choices indicated herein will apply to all future policy renewals, continuation and change unless I, or my agent, notify Canal Insurance Company otherwise in writing.

**For Ohio Applicants Only:** "I hereby certify that the information included above is true and agree that a misrepresentation of any of the facts by me will constitute reason for the company to void or cancel any policy issued on the basis of this application, and will hold the company harmless for the action taken."

**For Arkansas Applicants Only:** I hereby authorize Canal Insurance Company and/or the Producing Agent to obtain from the **Arkansas Office of Driver Services** a copy of my Motor Vehicle Report for the use in rating and/or underwriting the insurance for which I do hereby apply and any renewal thereof. I understand that in obtaining a Motor Vehicle Report a consumer reporting agency may be used by the insurer and I do hereby authorize such use. I hereby certify that the named drivers under this policy (names specified on application and/or drivers hired during the term of this insurance) have or will have authorized me to consent on their behalf for the insurer to obtain Motor Vehicle Reports for rating and/or underwriting; and I hereby certify that the information above is true and agree that a misrepresentation of any of the facts by me will constitute reason for the company to void or cancel any policy issued on the basis of this application, and will hold the company harmless for the action taken. I also agree that if a policy is issued pursuant to this application, the application and any restrictive and/or Exclusion Endorsement Text, which is included on the application and signed by me, shall become a part of the policy.

| | | | |
|---|---|---|---|
| Signature of **APPLICANT** | *Matthew Joel Tomlinson*<br>Matthew Joel Tomlinson (Apr 15, 2024 15:27 CDT) | Name of Insured's Agent | _____ |
| Type or Print Applicant Name | **Matthew Joel Tomlinson** | Address of Agency | _____ |
| Title or Relationship to Applicant | _____ | | _____ |
| Date and Time Application Completed | _____ | Phone # of Agency | _____ |
| Requested Effective Date and Time | _____ 12:01 a.m. | Fax # of Agency | _____ |
| Phone # of Applicant | _____ | Agent License Number | _____ |
| Named Insured's Email Address | _____ | | |
| | | **Canal General Agent Use Only**<br>**Date and Time Bound** | _____ |

A-101 (11-2021)

12

# CANAL

☒ INSURANCE COMPANY
☐ INDEMNITY COMPANY

**KANSAS SUPPLEMENTAL APPLICATION**

**MUST be completed** in conjunction with Form A-101 KS

1. Applicant Name
Tomlinson Transport LLC

2. DBA, if any

## UNINSURED/UNDERINSURED MOTORIST COVERAGE SELECTION

Kansas law permits you to make certain decisions regarding Uninsured Motorists Coverage. This document describes this coverage and the options available.

You should read this document carefully and contact your agent if you have any questions regarding Uninsured Motorists Coverage and your options with respect to this coverage.

This document includes general descriptions of coverage. However, no coverage is provided by this document. You should read your policy and review your Declarations Page(s) and/or Schedule(s) for complete information on the coverages you are provided.

Uninsured Motorists Coverage provides insurance protection to an insured for damages which the insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle or an underinsured motor vehicle because of bodily injury caused by an automobile accident. Also included are damages due to bodily injury that result from an automobile accident with a hit-and-run vehicle whose owner or operator cannot be identified.

Every automobile liability policy must include Uninsured Motorists Coverage at limits equal to your limits for Bodily Injury Liability Coverage or Combined Single Limit for Liability Coverage as described below.

If your Bodily Injury Liability Coverage limits exceed the minimum limits required by Kansas Law of $25,000 for each person/$50,000 for each accident or a combined single limit of $50,000 for each accident, you may select limits that are lower than your Bodily Injury Liability Coverage limits or Combined Single Limit for Liability Coverage for your Uninsured Motorists Coverage BUT you may not select Uninsured Motorists Coverage limits less than the minimum required limits.

**I reject Uninsured Motorist Coverage at limits equal to my Bodily Injury Coverage Limits (split limits) or Combined Single Limit for Liability Coverage and select the following lower limits:**

_____
(Initial)

## LIMITS

| Initial | Limits (000) | Premium per Unit |
|---------|--------------|------------------|
| | 25/50 | $4 |
| | 50/50 | $7 |
| _mjt_ | 100/100 | $12 |
| | 200/200 | $17 |
| | 250/250 | $19 |
| | 300/300 | $22 |
| | 400/400 | $23 |
| | 500/500 | $24 |
| | 600/600 | $26 |
| | 750/750 | $30 |
| | 1,000/1,000 | $35 |

_mjt_
mjt
(Applicant's Initials)

**Continued Next Page**

Case 24-20236    Doc# 32-1    Filed 04/22/24    Page 5 of 11

**Applicant's Acknowledgement**

The undersigner hereby acknowledges they have read, or have had read to them and understand, the above explanations and offers of Uninsured/Underinsured Motorist Coverage. Selections have been made by initialing the appropriate lines above. The signature appearing below is that of the named insured or authorization has been given to the signer of this Offer of Uninsured/Underinsured Motorist Coverage to select or reject coverage and limits on the behalf of the named insured.

**YOUR SELECTION OR REJECTION OF COVERAGE IS BINDING ON ALL PERSONS INSURED UNDER THIS POLICY.**

Applicant /Named Insured: _Matthew Joel Tomlinson_          Date: Apr 15, 2024
<span style="font-size:xx-small">Matthew Joel Tomlinson (Apr 15, 2024 15:27 CDT)</span>

By: _____

Title: Owner _____

Signature of Agent of Insured: _____          Date: _____

Address: 1005 Technology Pkwy _____

Cedar Falls, Iowa 50613 _____

## ENDORSEMENTS

The following Endorsements are included and are applicable.

Please check that these are applicable and suitable as they may materially alter the scope coverage.

| |
|---|
| Cotton Warranty |
| Attento Graduated 2.5k Deductible Endorsement |
| Increased Towing and Storage Cover |

## APPLICATION

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

I/We hereby declare that the statements and particulars given on this form are true to the best of my/our knowledge and belief and that I/we have not suppressed, withheld or modified any material fact(s). I/We agree that should a policy be issued, this form INCLUDING THE DRIVER EXCLUSIONS SHOWN BELOW shall be the basis of the contract, and that any change in the pattern of my/our trade or trade practices shall be advised to the Underwriters as soon as possible who may, at their discretion, vary the terms and conditions of the contract.

| Signed: | *Matthew Joel Tomlinson*<br>Matthew Joel Tomlinson (Apr 15, 2024 15:27 CDT) | Dated: | Apr 15, 2024 |
|---|---|---|---|
| Position: | Owner | | |

## DRIVER EXCLUSION – NO COVER WILL BE PROVIDED IF IT CANNOT BE SHOWN THAT THE DRIVER ADHERES TO THE BELOW TERMS.

i.     was aged between twenty three (23) and seventy (70) years inclusive at the inception date of the policy or date of hire of the driver, _whichever is the later_; and

ii.     at the time of the loss holds a valid and in-force driving licence for the **automobile** involved; and

iii.     in the twenty four (24) months preceding the inception date of this policy or twenty four (24) months preceding the date of hire of the driver, _whichever is the later_;

      a.     has continuously held a driver license issued in the United States or Canada which is valid for the **automobile** involved for the whole twenty four (24) month period; and

      b.     has no suspensions of any type on that license during the twenty four (24) month period; and

      c.     has, in connection with the use of any type of motor vehicle during the twenty four (24) month period, had;

i.     no critical violations; and

ii.     no more than two (2) **major violations**; and

iii.     no more than three (3) **minor violations**.

| Insured: TOMLINSON TRANSPORT LLC | | | | |
|---|---|---|---|---|
| 16777 W. 157th St, Olathe, Kansas 66062, United States | | | | |
| Year | Section / Coverage | No of Claims | Incurred | Reserves |
| 2,022 | APD | 1 | USD 15,923.00 | USD 0.00 |

**Loss Warranty Letter**

During the last three (3) years, we warrant that with respect to the insurance being applied for:

1. The above table is an accurate account of losses sustained by me / us and (if blank):

   a. I /We have not sustained a loss; and
   b. I/We have not had a claim made against us.

2. I/We have no knowledge or a reason to anticipate a claim or loss or further claims or losses beyond those referenced above.

If my business is less than three (3) years old, the above referenced warranty applies to work performed through all my prior business entities whether as an owner or an employee.

I understand that this warranty will be incorporated into the insurance contract.

| Name: | Matthew Joel Tomlinson | Title: | Owner |
|---|---|---|---|
| Signature of Partner, Officer, Principal or Owner | *Matthew Joel Tomlinson*<br>Matthew Joel Tomlinson (Apr 15, 2024 15:27 CDT) | | |
| Date: | | | |

**Warranty: The purpose of this no loss letter is to assist in the underwriting process. Information contained herein is specifically relied upon in determination of insurability. This letter warrants that the information contained herein is true and accurate to the best of his/her knowledge and belief. This no loss letter shall be the basis of any insurance that may be issued and will be a part of such policy. It is understood that any misrepresentation or omission shall constitute grounds for immediate cancellation of coverage or rescission of policy and denial of claims, if any. It is further understood that the applicant and or affiliated company is under a continuing obligation to immediately notify his/her underwriter through his/her broker of any material alteration of the information given.**

## DISCLOSURE NOTICE

You should remind and guide your client regarding their duty to make a fair presentation of the risk, together with the potential consequences of breaching this requirement. It is important that you make a fair presentation of the risk to insurers (both before insurance commences and during the life of the policy). You must make a clear disclosure of every relevant material circumstance you know (or ought to); in an accessible manner, and made in good faith. A failure to do this could lead to insurers imposing different terms on your cover, imposing a higher premium, applying a policy reduction to claims or refusing them altogether and/or cancelling your policy from inception. Please see our Terms of Business for more details.

Our quotation is provided to you through a delegated authority facility underwritten by Certain Underwriters at Lloyd's and Insurance Companies. We perform certain activities on their behalf and in these matters; we act as agents of the insurers. We may receive additional remuneration from Insurers based on the profitability of books of business or usage of certain schemes. Nevertheless, as an independent insurance intermediary we



Date:

Policy Number:
Insured Name:

# Statement of Understanding & Loss Reporting Responsibilities

I, __Matthew Joel Tomlinson__ have read and understand the loss reporting options and responsibilities as outlined below. I agree to report any losses sustained promptly within the terms of the Canal policy contract as a means of protecting the safety of myself and others and to assist in preserving evidence. I further understand that reporting losses promptly, regardless of fault, is required and can help reduce the cost of insurance claims and premiums.

By signing this commitment, I agree to report all losses regardless of fault directly to Canal Insurance Company.

Insured's signature: _Matthew Joel Tomlinson_
Matthew Joel Tomlinson (Apr 15, 2024 15:27 CDT)    Date: Apr 15, 2024

**All accidents should be reported promptly and directly to Canal Insurance Company. We ask that you report any serious event\*, IMMEDIATELY.** Reporting immediately from the scene of the loss allows us to provide guidance, obtain important facts and send an adjuster to the scene if necessary. Any other incidents, including fender benders, not at fault, or other accidents should be reported **no more than 48 hours following the occurrence.**

As a reminder, our dedicated claims staff is available 24 hours a day! To report a loss, simply select from one of the below options:

- Call 888.247.4424 (should ALWAYS be used when reporting from the scene);
- Visit www.canalinsurance.com and click the icon "Report a Loss"

Insurance provided by Canal Insurance Company or its subsidiary, Canal Indemnity Company is not available in all states. The above description is a summary only and does not include all terms and conditions of the policies described. Please refer to the actual policies for complete details of coverage and exclusions.

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM
## INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act of 2002, as amended ("TRIA"), that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, **as defined in Section 102(1) of the Act, as amended:** The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Any coverage you purchase for "acts of terrorism" shall expire at 12:00 midnight December 31, 2027, the date on which the TRIA Program is scheduled to terminate, or the expiry date of the policy whichever occurs first, and shall not cover any losses or events which arise after the earlier of these dates.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THIS FORMULA, THE UNITED STATES PAYS 80% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURER(S) PROVIDING THE COVERAGE. YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A USD100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS USD100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED USD100 BILLION, YOUR COVERAGE MAY BE REDUCED.

THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

| | | |
|---|---|---|
| | | I hereby elect to purchase coverage for acts of terrorism for a prospective premium of USD................................ |
| | *mjt* <br> mjt | I hereby elect to have coverage for acts of terrorism excluded from my policy. I understand that I will have no coverage for losses arising from acts of terrorism. |

_Matthew Joel Tomlinson_
Matthew Joel Tomlinson (Apr 15, 2024 15:27 CDT)
_____

Policyholder/Applicant's Signature

Matthew Joel Tomlinson
_____

Print Name

Apr 15, 2024
_____

Date

...................... on behalf of underwriters.
_____

Policy Number

REF 9184

09 January 2020

# Tomlinson Transport Proposal

Final Audit Report            2024-04-15

| | |
|---|---|
| Created: | 2024-04-15 |
| By: | Tracie Dudley (tracie@paladininsured.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAY4egkC68je0QyuXtbU0xtigu_Fghvkry |

## "Tomlinson Transport Proposal" History

📄 Document created by Tracie Dudley (tracie@paladininsured.com)
2024-04-15 - 8:10:09 PM GMT

✉ Document emailed to joel@tomlinsontransportation.com for signature
2024-04-15 - 8:12:53 PM GMT

📄 Email viewed by joel@tomlinsontransportation.com
2024-04-15 - 8:24:41 PM GMT

🖋 Signer joel@tomlinsontransportation.com entered name at signing as Matthew Joel Tomlinson
2024-04-15 - 8:27:28 PM GMT

🖋 Document e-signed by Matthew Joel Tomlinson (joel@tomlinsontransportation.com)
Signature Date: 2024-04-15 - 8:27:30 PM GMT - Time Source: server

✔ Agreement completed.
2024-04-15 - 8:27:30 PM GMT

 Adobe Acrobat Sign