**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

**IN RE:**
Tomlinson Transport LLC                                    Chapter : 24-20236- 11


Debtor(s)

**ORDER AND NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**
**REGARDING PLAN CONFIRMATION IN A SUBCHAPTER V CASE**

Notice is hereby given that on June 6, 2024 the Debtor filed a Chapter 11 Plan dated June 6, 2024   (Doc. 36) in this Subchapter V case pursuant to 11 U.S.C. § 1189.

An evidentiary hearing on confirmation of the Chapter 11 Plan pursuant to 11 U.S.C. § 1191 will be held on **July 18, 2024** beginning at **1:30 p.m.** before the United States Bankruptcy Court, 500 State Ave., Courtroom 151, Kansas City, Kansas, at which time the debtor(s) or its representative must personally appear.

March 8, 2024 is fixed as the date on which any equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the Chapter 11 Plan.

**All objections to the Chapter 11 Plan** should be filed with the Clerk of the Bankruptcy Court, 500 State Ave Room 151 Kansas City, Kansas 66101 on or before **July 12, 2024** and served upon counsel for the Debtor, the Subchapter V trustee, and the United States Trustee pursuant to Fed. R. Bankr. P. 3020(b).

**July 12, 2024** is fixed as the last day for receipt of acceptances or rejections of the Chapter 11 Plan. All ballots must be received at the address listed on the ballot prior to 4:00 p.m. on that date to be counted

On or before **June 17, 2024 ,** Debtor shall mail to all creditors, parties in interest, or parties required to receive notice by the Code and in compliance with Fed. R. Bankr. P. 2002, a copy of this Order and Notice, the Chapter 11 Plan, and appropriate ballot forms for the acceptance or rejection of the Plan. Debtor must file a certificate of service with the court no later than June 24, 2024, and a ballot summary no later than July 15, 2024.


IT IS SO ORDERED this 10th day of June, 2024.

s/ Robert D. Berger
Hon. Robert D. Berger
United States Bankruptcy Judge
