**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

**IN RE:**
Tomlinson Transport LLC                              Chapter : 24-20236- 11


Debtor(s)

_____


**ORDER AND NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**
**REGARDING PLAN CONFIRMATION IN A SUBCHAPTER V CASE**

Notice is hereby given that on June 6, 2024 the Debtor filed a Chapter 11 Plan dated June 6, 2024   (Doc. 36) in this Subchapter V case pursuant to 11 U.S.C. § 1189.

An evidentiary hearing on confirmation of the Chapter 11 Plan pursuant to 11 U.S.C. § 1191 will be held on **July 18, 2024** beginning at **1:30 p.m.** before the United States Bankruptcy Court, 500 State Ave., Courtroom 151, Kansas City, Kansas, at which time the debtor(s) or its representative must personally appear.

March 8, 2024 is fixed as the date on which any equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the Chapter 11 Plan.

**All objections to the Chapter 11 Plan** should be filed with the Clerk of the Bankruptcy Court, 500 State Ave Room 151 Kansas City, Kansas 66101 on or before **July 12, 2024** and served upon counsel for the Debtor, the Subchapter V trustee, and the United States Trustee pursuant to Fed. R. Bankr. P. 3020(b).

**July 12, 2024** is fixed as the last day for receipt of acceptances or rejections of the Chapter 11 Plan. All ballots must be received at the address listed on the ballot prior to 4:00 p.m. on that date to be counted

On or before **June 17, 2024 ,** Debtor shall mail to all creditors, parties in interest, or parties required to receive notice by the Code and in compliance with Fed. R. Bankr. P. 2002, a copy of this Order and Notice, the Chapter 11 Plan, and appropriate ballot forms for the acceptance or rejection of the Plan. Debtor must file a certificate of service with the court no later than June 24, 2024, and a ballot summary no later than July 15, 2024.


IT IS SO ORDERED this 10th day of June, 2024.

s/ Robert D. Berger       
Hon. Robert D. Berger
United States Bankruptcy Judge

In re:

Tomlinson Transport, LLC

     Debtor

Case No. 24-20236-RDB

Chapter 11

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

**Recip ID**            **Recipient Name and Address**
db                +   Tomlinson Transport, LLC, 16777 W 157th St., Olathe, KS 66062-6348

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| George Matthew Barberich, Jr | mbarberich@brileyfin.com |
| John Nemecek | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Richard A Kear | on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov |
| Ryan A Blay | on behalf of Debtor Tomlinson Transport  LLC blay@wagonergroup.com, bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

District/off: 1083-2

Date Rcvd: Jun 10, 2024

TOTAL: 6

User: admin

Form ID: pdf020

Page 2 of 2

Total Noticed: 1