# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DITRICT OF KANSAS – KANSAS CITY DIVISION

| In Re: | ) | Case No. 24-20236-RDB |
|---|---|---|
| **TOMLINSON TRANSPORT LLC** | ) | **Chapter 11 (voluntary)** |
| **Debtor and Debtor-In-Possession.** | ) | **Subchapter V** |

## <u>INITIAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM MARCH 8, 2024 THROUGH JUNE 30, 2024</u>

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to Tomlinson Transport LLC, the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $9315 and reimbursement of expenses in the amount of $30.95 for a total amount of $9345.95 incurred from March 8, 2024 through June 30, 2024, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code.  In support of this Application, WM Law respectfully states as follows:

## BACKGROUND

1. Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on March 8, 2024 (the "Petition Date").

2. WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case.  On April 2, 2024, this Court entered an order approving the Debtor's Application to Employ WM Law as Counsel. (Doc. #26).

3. WM Law's representation of Debtor is upon the fee basis set forward in the engagement letter - at the rate of $300.00 per hour for services by WM Law's attorneys and $125 per hour for paralegals.

4. As of the filing of this Application, WM Law is holding the remaining unapplied pre-filing balance of $4,012 in trust and would seek to apply this first to any fees and expenses approved under this motion.  The funds in trust would cover some of the requested payments under this application.

5. All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

## SUMMARY OF SERVICES RENDERED

6. Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $9315 in attorney's fees and $30.95 in expenses for fees incurred from March 8, 2024 through June 30, 2024.  A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

1

**VALUATION OF SERVICES**

7.      Attorneys and paraprofessionals of WM Law have expended a total of 47 hours in connection with this matter from March 8, 2024 through June 30, 2024, as fully set forth in the Summary Sheet attached hereto as **Exhibit C.**  The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from March 8, 2024 through June 30, 2024 in the amount of $9315 in attorney's fees and $30.95 in expenses.

8.      In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

**CASE STATUS**

9.      No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10.     The source of compensation sought is from the income and assets of the bankruptcy estate.

11.     The Debtor's Chapter 11, Subchapter V Plan of Reorganization was filed with this Court on June 6, 2024 as Docket #36.

12.     The Debtor is current with Monthly Operating Reports through the report due for May 2024.

13.      WM Law certifies that it has provided a copy of this Application to Debtor for its review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from March 8, 2024 through June 30, 2024, in the amount of $9315 in attorney's fees and $30.95 in expenses for a total amount of $9345.95 attached hereto as Exhibit A, for his review.


**WHEREFORE**, WM Law seeks approval of legal fees in the amount of $9315 in attorney's fees and $30.95 in expenses in expenses for a total amount of $9345.95 incurred from March 8, 2024 through June 30, 2024, and authorization to apply first the funds held in trust, per 11 U.S.C.

Dated: July 5, 2024.  Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR, TOMLINSON TRANSPORT,
LLC

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON APPLICATION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **July 29, 2024,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **August 22, 204 at 1:46 pm.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Ryan A. Blay

| Name and Address | | | Tomlinson Transport LLC (Sub V; Non-Individual) Tomlinson Transport LLC c/o Matthew ("Joel") Tomlinson 164777 W 157th St. Olathe, KS 66062 | **341 Info:** | | |
|---|---|---|---|---|---|---|
| Cell Phone | | | 913-961-8067 | **PFM filed?** N/a business case | | |
| Email Address | | | joel@tomlinsontransportation.com | | | |
| Case Number | | | 24-20236-11 | | | |
| Date Filed | | | 3/8/2024 | | | |
| Judge/Trustee | | | **Berger** / Richard A Kear & Jordan Sickman (UST) | | | |
| Attorney/Location/Chapter | | | RAB/Olathe/K11 (Subchapter V) note – Matthew (goes by Joel) also is fine with Lawrence | | | |
| REQUESTED DOCUMENTS | | | | | | |
| **Notices need to be *sent to*:** Creditor name: Account Number: Fax Number: Links to supporting docs: | | | **Plan Summary – due 90 days from filing** **Initial confirmation date:** | **Links to Plans:** | | |

| Date | Who | Issue | Notes: | Hours | Rate (Attys $300 / Para $125) | Line Total |
|---|---|---|---|---|---|---|
| POST-PETITION | POST-PETITION | POST-PETITION | POST-PETITION | - | - | -0 |
| 3/11/2024 | RAB | Application to employ | Drafted application and affidavit and signed affidavit in support | .8 | $300 | $240 |
| 3/11/2024 | RAB | e-mail to client | Advised case filed, sent filed copy of petition | .4 | $300 | $120 |
| 3/11/2024 | RAB | e-mail with Rick Kear at US Trustee's office regarding equity security holders and 1116 documents | Discussion of each issue | .5 | $300 | $150 |
| 3/11/2024 | RAB | e-mail to accountant | e-mailed to ask for time to discuss employment for estate and ownership of company. | .4 | $300 | $120 |
| 3/11/2024 | RAB | Call to client | Discussion of documents needed for 1116 form and IDI | .5 | $300 | $150 |
| 3/20/2024 | RAB | Call with Joel | Call to prepare for initial debtor interview | .6 | $300 | $180 |
| 3/20/2024 | RAB | Initial Debtor Interview | IDI with US Trustee | 1.2 | $300 | $360 |
| 3/20/2024 | RAB | Call with Joel following IDI | Call to discuss | .3 | $300 | $90 |

| Date | Initials | Subject | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/22/2024 | DS | Pleadings | Filed Supplemental Statement in Support of MT Employ WM Law. Drafted COS, filed and service Doc. #16 Scheduling Order. Filed Corporate Authority to File Petition (under Adversary Generic Notice event). | .5 | $125 | $62.50 |
| 3/22/2024 | DS | Case Expense | Cost of postage above = $16.35 Rcpt. | 0.0 | 0.0 | $16.35 |
| 3/25/2024 | RAB | IDI docs | Started sending IDI docs to US Trustee's office | .6 | $300 | $180 |
| 3/26/2024 | RAB | Call with Sub V Trustee and client | Discussion prior to 341 meeting | .7 | $300 | $210 |
| | | | All above transferred to billing | | | 0 |
| 4/1/2024 | DS | MT Employ Order | Drafted and uploaded Order on MT Employ WM Law (Docs 8). | .4 | $125 | $50.00 |
| 4/3/2024 | RAB | IDI documents | Received and reviewed 6-month cash flow projections from client and sent over to US Trustee's office along with 2021 tax returns | .8 | $300 | $240 |
| 4/4/2024 | RAB | DIP account | Based on concerns from Mr. Tomlinson in opening a DIP account for Tomlinson Transport, I requested that the US Trustee agree not to challenge the debtor retaining its pre-filing accounts. Received approval and forwarded to client along with a request for March bank statements | .9 | $300 | $270 |
| 4/4/2024 | RAB | Sub V Conference status report | Drafted report for status conference on 4/18 | 1.5 | $300 | $350 |
| 4/4/2024 | DS | Status Rep | Revised, filed and served Stuts Report | .3 | $125 | $37.50 |
| 4/4/2024 | DS | Case Expense | Cost of service of above = $14.60 | 0.0 | 0.0 | $14.60 |
| 4/12/2024 | RAB | Preparation for 341 meeting | Preparation including schedule review and e-mails to client with schedules and call-in information | .5 | $300 | $150 |
| 4/12/2024 | RAB | 341 meeting | 341 meeting concluded – we need to get 2023 tax returns in and updated insurance when it's in place. | 1.2 | $300 | $360 |
| 4/17/2024 | RAB | 2023 taxes | Received, reviewed and forwarded to Richard Kear and Robert Ebel at US Trustee's office | .6 | $300 | $180 |
| 4/17/2024 | RAB | Insurance information | Reviewed and forwarded to US Trustee's office with discussion of motion to borrow for financing | .8 | $300 | $240 |
| 4/17/2024 | RAB | IRS | Reviewed IRS letter and e-mailed 2023 taxes to Pamela Nix. Tried e-mailing 2021 but the file size is too big. | .5 | $300 | $150 |
| 4/18/2024 | RAB | Subchapter V Status Conference | Appeared by phone to advise court of case status | .5 | $300 | $150 |
| 4/22/2024 | RAB | Motion to incur for insurance | Drafted motion to incur as discussed at Subchapter V Status Conference | .6 | $300 | $180 |
| | | | All above transferred to billing | | | 0 |
| 5/1/2024 | RAB | Drafted march MOR for client review | Drafted MOR and e-mailed to client via docusign | 1.2 | $300 | $360 |

| Date | Initials | Subject | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/17/2024 | AB | IRS | Pamela Nix from IRS called bc she is missing tax returns:<br><br>2021 employment form 941 for 3rd and 4th quarter.<br>2021 corporate form 1120<br><br>Emailed Client and CC'd RAB | .4 | $125 | $50 |
| | | | All above transferred to billing | | | 0 |
| 6/4/2024 | RAB | April and May 2024 MORs | Drafted and e-mailed to client for completion and signature | 1.2 | $300 | $360 |
| 6/4/2024 | RAB | Proposed order | Order on motion to borrow for insurance | .3 | $300 | $90 |
| 6/4/2024 | RAB | Correspondence with US Trustee's office | Discussion of status of MORs and proposed order | .4 | $300 | $120 |
| 6/5/2024 | RAB | Chapter 11 plan | Drafting on plan and exhibits to plan | 3 | $300 | $900 |
| 6/6/2024 | RAB | Call with client regarding background and Plan projections | Discussion of plan status and support for plan | 1 | $300 | $300 |
| 6/6/2024 | RAB | Work on Chapter 11 plan | Finalized for approval and filing | 5.0 | $300 | $1500 |
| 6/6/2024 | DS | Plan | Formatting revisions to Plan, compiled and added exhibits, and filed. | 3.1 | $125 | $387.50 |
| 6/7/2024 | RAB | MORs | Received April and May signed MORs for filing | .3 | $300 | $90 |
| 6/14/2024 | RAB | MORs | Correspondence with US Trustee regarding status of April and May monthly operating reports | .5 | $300 | $150 |
| 6/17/2024 | RAB | Ballot preparation and review | Reviewed classes and ensured all classes have proper ballots | 1.0 | $300 | $300 |
| 6/18/2024 | DS | IRS | Ms. Nix with IRS called and I emailed RAB/AB and her to confirm, and then client, still need:<br>- Form 941 for 1st and 2nd Qtr of 2021;<br>- Form 11/20 for 2021 and 2022;<br>And/or if these were not required to be filed an Affidavit would suffice. | .3 | $125 | $37.50 |
| 6/24/2024 | DS | Ally Interest rate | Evan Moscov called while RAB was away to negotiate an interest rate with Ally. Skyped RAB this note. 312-969-1977 – Evan leaving in about 8 days for S. America so trying to wrap-up. | 0.0 | 0 | 0 |
| | | All above transferred to billing | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | - | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Case 24-20236   Doc# 46-1   Filed 07/08/24   Page 4 of 4

# EXHIBIT B – NARRATIVE SUMMARY OF LEGAL SERVICES

The Subchapter V Chapter 11 Plan of Reorganization has been filed and submitted for balloting.  One objection has been received to the Plan thus far.

The Debtor is current on monthly operating reports through May 2024.

# EXHIBIT C - Summary Sheet:  Attorney/Paralegal Time

Note:  Any instance in which more than one attorney worked on a particular matter has been assigned only to the primary attorney, thereby avoiding duplicate billing to the client.

Ryan A. Blay, Attorney.

Mr. Blay has over 16 years of bankruptcy experience and was the primary attorney on this matter, having previously worked on Chapter 11 and 12 cases.  He has spent 28.8 hours of time, from March 8, 2024 through June 30, 2024, working on every aspect of the case from start to the present.

Douglas Sisson, Paralegal.

Mr. Sisson has over 11 years' experience as a bankruptcy paralegal and is the primary paralegal on all complex reorganizations for the firm.  He spent 4.6 hours of billable time from March 8, 2024 through June 30, 2024.

Ana Van Noy, Paralegal

Ms. Van Noy has 7 years experience as a bankruptcy paralegal.  She spent .4 hours of billable time from March 8, 2024 through June 30, 2024

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 24-20236<br>District of Kansas<br>Kansas City<br>Mon Mar 11 10:33:56 CDT 2024 | Tomlinson Transport, LLC<br>16777 W 157th St.<br>Olathe, KS 66062-6348 | Ally Financial<br>PO Box 380901<br>Minneapolis MN 55438-0901 |
| Bank of America<br>4060 OGLETOWN/STANTON RD<br>DE5-019-03-07<br>Newark DE 19713 | Bricker Graydon<br>7570 Bales St, Ste. 220<br>West Chester OH 45069-0004 | Capital One<br>PO Box 31293<br>Salt Lake City UT 84131-0293 |
| Corefirst Bank & Trust<br>3035 SW Topeka Blvd.<br>Topeka KS 66611-2122 | Country Meadows Storage<br>18900 N Webster St,<br>Spring Hill KS 66083-8446 | Dedicated Financial<br>1970 Oakcrest Ave<br>Ste. 217<br>Saint Paul MN 55113-2624 |
| ECapital Freight Corporation<br>20807 Biscayne Blvd<br>Ste. 203<br>Miami FL 33180-1410 | Fora Financial<br>1385 Broadway<br>15th Floor<br>New York NY 10018-6015 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Matthew Tomlinson<br>16777 W 157th St.<br>Olathe KS 66062-6348 | Sheffield Financial<br>150 South Stratford Road<br>Winston Salem NC 27104-4227 | Sheffield Financial<br>PO Box 580229<br>Charlotte NC 28258-0229 |
| The Business Backer, LLC<br>10856 Reed Hartman Hwy #100<br>Blue Ash OH 45242-0209 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | american express<br>P.O. Box 981535<br>El Paso TX 79998-1535 |
| american express<br>P.O. Box 981537<br>El Paso TX 79998-1537 | Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JPMCB - Card Services<br>301 N WALNUT ST, FLOOR 09<br>Wilmington DE 19801 | (d)JPMCB Card Services<br>PO BOX 15369<br>Wilmington DE 19850 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                   19 |