**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

IN RE: )
)
TOMLINSON TRANSPORT, LLC, ) Case No. 24-20236-11-RDB
) Chapter 11
Debtor. )
)

### COREFIRST BANK AND TRUST'S LIMITED OBJECTION TO DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION

**COMES NOW,** CoreFirst Bank & Trust ("CoreFirst"), a creditor herein, by and through its attorneys, Riordan, Fincher & Mayo, P.A. and hereby files this limited objection to the Debtor's Subchapter V Plan of Reorganization to preserve its rights as it relates to the current plan and any amended plan. In support thereof, CoreFirst states as follows:

1. On March 8, 2024, the Debtor filed a voluntary petition under Subchapter V of Chapter 11 of the Bankruptcy Code.

2. On June 6, 2024, the Debtor filed its Subchapter V Plan of Reorganization (Doc. No. 36).

3. On June 10, 2024, the Court entered an order fixing the deadlines for consideration of the Plan (Doc. No. 38). The order provides that objections to confirmation are due on July 12, 2024 and a hearing on the plan to be held July 18, 2024.

4. CoreFirst filed its proof of claim on July 10, 2024 after communications with Debtor's counsel. (Claim No. 9).

5. Based upon communications with Debtor's counsel and the Court regarding Debtor's intent to file an amended plan and follow up communications with Debtor's counsel, CoreFirst's understanding is that the Debtor intends to file an amended plan that will address CoreFirst's claim.

6. To the extent an amended plan has not yet been filed, CoreFirst seeks to preserve its rights to object to the plan and any such amended plan and be included for balloting purposes.

**WHEREFORE,** CoreFirst Bank & Trust respectfully requests its rights to object to the plan and any amended plan be preserved, and for such further relief as the Court deems just and equitable.

Respectfully submitted,

**/s/ Lauren E. Bartee**
R. Patrick Riordan, #15518
Lauren E. Bartee, #28227
RIORDAN, FINCHER & MAYO, P.A.
3735 SW Wanamaker Rd, Ste. A.
Topeka, KS 66610
(785) 783-8323; (785) 783-8327 (fax)
riordan@rfm-law.com
bartee@rfm-law.com
Attorneys for CoreFirst Bank & Trust