IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Tomlinson Transport LLC,   Case No. 24-20236-RDB

Debtor.

OBJECTION OF THE UNITED STATES OF AMERICA TO CONFIRMATION
OF DEBTOR'S CHAPTER 11 PLAN (DOC. 36)

The United States of America, on behalf of its agency, the Internal Revenue Service, files this objection to confirmation of the Debtor's Chapter 11 Plan (Doc. 36). The United States of America appears by Kate E. Brubacher, United States Attorney for the District of Kansas, and Christopher Allman, Assistant United States Attorney.

In support of its objection, the United States of America asserts the following:

1. Debtor filed for protection under Chapter 11 of the United States Bankruptcy Code on March 8, 2024.

2. The United States of America, Internal Revenue Service, filed Proof of Claim, Claim 3, on April 10, 2024, in the total amount of $1,500 which was classified as a priority claim. An Amended Proof of Claim, Claim 3-3, was filed on June 20, 2024, in the total amount of $2,000 which was classified as a priority claim.

3. Debtor, however, has failed to file tax returns for the periods identified in Proof of Claim 3-3. Specifically, tax periods 03/31/21 - 06/30/31 for Form 940; and 2021-2022 for Form 1120; thus the amounts claimed are estimates.

4. The Chapter 11 Plan, Doc. 36, fails to specify whether claims classified as priority are impaired or unimpaired as required by 11 U.S.C. 1123(a)(2) and (a)(3). The Plan also fails to provide for full payment of the IRS's secured claim in the amount of $2,000 with appropriate

interest as required by 11 U.S.C. § 511. *See* 26 U.S.C. §§ 6621(Determination of rate of Interest) and 6622 (Interest compounded daily).

5. No objection to the IRS's Proof of Claim, Claim 3-3, has been filed by the Debtor.

WHEREFORE the United States of America requests the Court deny confirmation of the Debtor's Chapter 11 Plan, Doc. 36, and order such other relief as is just and equitable.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney

s/ Christopher Allman
Christopher Allman
Assistant United States Attorney
Ks. S. Ct. No. 23142
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Phone: (913) 551-6684
Fax: (913) 551-6541
E-Mail: Chris.Allman@usdoj.gov

Counsel for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CMF/ECF filers.

I further certify that on this date the foregoing document and the notice of electronic filing were served via the U.S. mail upon the following non-CM/ECF participants:

None.

s/Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney