**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 24–20236                                    Chapter: 11

In re:

Tomlinson Transport, LLC
16777 W 157th St.
Olathe, KS 66062

EIN: 86–1598070

| | |
|---|---|
| **ORDER SETTING DEADLINE FOR SUBMISSION OF ORDER** | **Filed and Entered By The Court** <br> **9/13/24** <br> **David D. Zimmerman** <br> **Clerk of Court** <br> **US Bankruptcy Court** |

D. Kan. LBR 9004.1(c) and 9074.1 require that unless the Court directs otherwise, orders resulting from an actual hearing are due fourteen (14) days from the date of the hearing. Orders resulting from a notice with an objection deadline where no actual hearing was held are due fourteen (14) days after the expiration of the objection deadline.

The Court record indicates that Ryan Blay has not submitted the order(s) as directed.

The matter(s) which has been specified as outstanding is:

> *46 –* Amended Application for Compensation for Ryan A Blay, Debtor's Attorney, Period: 3/8/2024 to 6/30/2024, Fee: $9,315, Expenses: $30.95. Filed on behalf of Attorney Ryan A Blay (Attachments: # 1 Exh A # 2 Exh B # 3 Exh C # 4 Creditor Matrix), with Certificate of Service.(Blay, Ryan)

**due by 8/14/2024**

**The outstanding order (or journal entry/withdrawal of motion or pleading) must be submitted within fourteen (14) days from the date of this order. If it is not submitted within fourteen (14) days, the Court will enter an order denying the motion/application in question for lack of prosecution without further notice, or may, in its sole discretion, set the matter for a show cause hearing.**

Document 62 – 46

s/   Robert D. Berger
United States Bankruptcy Judge

In re:                                                                          Case No. 24-20236-RDB

Tomlinson Transport, LLC                                                        Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 13, 2024 | Form ID: ontcdue | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

**Recip ID**         **Recipient Name and Address**
db            +  Tomlinson Transport, LLC, 16777 W 157th St., Olathe, KS 66062-6348

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2024           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Allman | on behalf of Creditor IRS Chris.Allman@usdoj.gov  timothy.m.evans@usdoj.gov,caseview.ecf@usdoj.gov,levi.kern@usdoj.gov |
| Evan L Moscov | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC evan.moscov@moscovlaw.com, teresap@w-legal.com |
| George Matthew Barberich, Jr | mbarberich@brileyfin.com |
| John Nemecek | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Lauren E Bartee | on behalf of Creditor CoreFirst Bank & Trust bartee@rfm-law.com |

R. Patrick Riordan

on behalf of Creditor CoreFirst Bank & Trust riordan@rfm-law.com

Richard A Kear

on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov

Ryan A Blay

on behalf of Debtor Tomlinson Transport  LLC blay@wagonergroup.com,
bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 10