# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

**IN RE:**

Tomlinson Transport, LLC

          Debtor.

Case Number: 24-20236

Chapter : 11

_____

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST REGARDING AMENDED PLAN CONFIRMATION

Notice is hereby given that the **Debtor** has filed **an Amended Chapter 11 Plan**, September 26th, 2024.

A non-evidentiary hearing on confirmation of the Chapter 11 Plan will be held on **November 21st, 2024** beginning at **1:30 PM** before the United States Bankruptcy Court, 500 State Avenue, Courtroom No.151, Kansas City, Kansas, at which time the debtor or its representative must personally appear.

March 8th, 2024 is fixed as the date on which any equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the Chapter 11 Plan.

All objections to the **Chapter 11 Plan** should be filed with the Clerk of the Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101 on or before **November 1st, 2024** and served upon counsel for the Debtor.

**November 1st, 2024** is fixed as the last day for receipt of acceptances or rejections of the Chapter 11 Plan.  All ballots must be received at the address listed on the ballot prior to 4:00 p.m. on that date to be counted.

On or before **October 15th, 2024**, there should be mailed to all parties in interest, or parties required to receive notice by the Code, a copy of this Notice, the Chapter 11 Plan, and appropriate forms for the acceptance or rejection of the Plan.  A certificate of service must be filed with the court no later than **October 22nd, 2024** and a ballot summary no later than **November 18th, 2024**.

    Dated: October 1st, 2024

                                    s/Robert D. Berger
                                    Hon. Robert D. Berger
                                    United States Bankruptcy Judge

In re:                                                                                                                Case No. 24-20236-RDB

Tomlinson Transport, LLC                                                                                    Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2024 | Form ID: pdf020 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

**Recip ID**            **Recipient Name and Address**
db              + Tomlinson Transport, LLC, 16777 W 157th St., Olathe, KS 66062-6348

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2024           Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Allman | on behalf of Creditor IRS Chris.Allman@usdoj.gov  timothy.m.evans@usdoj.gov,caseview.ecf@usdoj.gov,levi.kern@usdoj.gov |
| Evan L Moscov | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC evan.moscov@moscovlaw.com, teresap@w-legal.com |
| George Matthew Barberich, Jr | mbarberich@brileyfin.com |
| John Nemecek | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Lauren E Bartee | on behalf of Creditor CoreFirst Bank & Trust bartee@rfm-law.com |

R. Patrick Riordan

        on behalf of Creditor CoreFirst Bank & Trust riordan@rfm-law.com

Richard A Kear

        on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov

Ryan A Blay

        on behalf of Debtor Tomlinson Transport  LLC blay@wagonergroup.com,
        bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

        ustpregion20.wi.ecf@usdoj.gov


TOTAL: 10