IN RE:

Tomlinson Transport, LLC,

DEBTOR.

CASE NO. 24-20236
Chapter 11

## WITHDRAWAL OF CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN

Now Comes Ally Bank, by its counsel, Evan Lincoln Moscov, and hereby withdraws its Objection

to Confirmation of Debtor's Chapter 11 Plan.

/s/ Evan Lincoln Moscov
Evan Lincoln Moscov
Kansas Bar No. 78508
P.O. Box 8305
Waukegan, IL 60079
312.969.1977
evan.moscov@moscovlaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically on October 9, 2024. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Ryan A Blay, WM Law, 15095 W 116th St Olathe, KS 66062
George Matthew Barberich, Jr. B. Riley Advisory Services 7101 College Boulevard Suite 730 Overland Park, KS 66210
Richard A Kear, John Nemecek and Jordan M Sickman, Office of the United States Trustee, 301 North Main Suite 1150 Wichita, KS 67202

I hereby certify a copy of the foregoing was served on the following individuals via first class U.S. Mail on October 9, 2024 at the following address:

Tomlinson Transport, LLC 16777 W 157th St. Olathe, KS 66062

/s/ Evan Lincoln Moscov
Evan Lincoln Moscov