**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In Re:  Tomlinson Transport LLC          )     Chapter 11 (Small Business
                                                           )     Subchapter V)
                        Debtor               )     24-20236-RDB

## AFFIDAVIT REGARDING DEBTOR'S TAX RETURNS

I, Matthew (Joel Tomlinson), the owner and representative of the Debtor in the above-captioned matter, do hereby state upon my oath, and under penalty of perjury, that Tomlinson Transport LLC did not have any income for the 1st or 2nd Quarter of 2021, and therefore did not file form 941 and upon information and belief was not required to file.

Affiant further sayeth naught.

Matthew (Joel) Tomlinson, Owner
Tomlinson Transport LLC (Debtor)

Date:

EIN:  86-1598070