**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

In re:

Tomlinson Transport, LLC

Debtor(s)

Case No. 24-20236

Chapter 11

ECF Dkt Ref No(s).        78

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 11/19/2024, I did cause a copy of the following document(s), described below:

Amended Exhibit E, ECF Dkt Ref No. 78

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/19/2024

/s/ Ryan A. Blay
Ryan A. Blay
Bar No. 28110
WM Law, PC
15095 West 116th Street
Olathe KS 66062-0000
(913)422-0909
doug@wagonergroup.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

In re:

    Tomlinson Transport, LLC

    Debtor(s)

Case No. 24-20236

Chapter 11

ECF Dkt Ref No(s).     78

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 11/19/2024, I did cause a copy of the following document(s), described below:

Amended Exhibit E, ECF Dkt Ref No. 78

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/19/2024

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 11/19/2024, I caused a copy of the Amended Exhibit E to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

## EXHIBIT

| | | | | |
|---|---|---|---|---|
| Ally Financial | PO Box 380901 | | | Minneapolis MN 55438-0000 |
| american express | P.O. Box 981535 | | | El Paso TX 79998-0000 |
| Bank of America | 4060 OGLETOWN/STANTON RD | | DE5-019-03-07 | Newark DE 19713-0000 |
| Bricker Graydon | 7570 Bales St, Ste. 220 | | | West Chester OH 45069-0000 |
| Capital One | 4515 N Santa Fe Ave | | | Oklahoma City OK 73118-0000 |
| Corefirst Bank & Trust | 3035 SW Topeka Blvd. | | | Topeka KS 66611-0000 |
| ECapital Freight Corporation | 20807 Biscayne Blvd | | Ste. 203 | Miami FL 33180-0000 |
| Fora Financial | 1385 Broadway | | 15th Floor | New York NY 10018-0000 |
| JPMorgan Chase Bank, N.A. | c/o Robertson, Anschutz, Schne | | 6409 Congress Avenue, STE 100 | Boca Raton FL 33487-0000 |
| Sheffield Financial | PO Box 580229 | | | Charlotte NC 28258-0229 |
| The Business Backer, LLC | 10856 Reed Hartman Hwy #100 | | | Blue Ash OH 45242-0000 |
| JPMCB Card Services | PO BOX 15369 | | | Wilmington DE 19850-0000 |
| Dedicated Financial | 1970 Oakcrest Ave | | Ste. 217 | Saint Paul MN 55113-0000 |
| american express | P.O. Box 981537 | | | El Paso TX 79998-0000 |
| Sheffield Financial | 150 South Stratford Road | | | Winston Salem NC 27104-0000 |
| Country Meadows Storage | 18900 N Webster St, | | | Spring Hill KS 66083-0000 |
| The Business Backer, LLC | 10856 Reed Hartman Hwy #100 | | | Blue Ash OH 45242-0000 |