**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 14th day of April, 2025.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

In re:    TOMLINSON TRANSPORT    )   Case No. 24-20236
          LLC                     )
                       Debtor   )   Chapter: 11 (Subchapter V)

### <u>ORDER APPROVING DEBTOR'S MOTION FOR ENTRY OF DISCHARGE, DOC. #94</u>

**WHEREAS** on **2/14/25**, Debtor filed **Document No. 94,** the Motion for Entry of Discharge Order (the "Motion"). The Court has reviewed the Motion and being duly advised of the premises therein finds that it is satisfactory, and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motion is granted hereby discharging the Debtor in the above-captioned this matter, while retaining jurisdiction of any administrative expense claims.

**IS IT SO ORDERED.**

###

Respectfully Prepared and Submitted by,
WM Law

s/ Ryan A. Blay_____
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

In re:

Tomlinson Transport, LLC

    Debtor

Case No. 24-20236-RDB

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: pdf020 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tomlinson Transport, LLC, 16777 W 157th St., Olathe, KS 66062-6348 |
| 9965724 | + | Bricker Graydon, 7570 Bales St, Ste. 220, West Chester OH 45069-0004 |
| 9965726 | + | Corefirst Bank & Trust, 3035 SW Topeka Blvd., Topeka KS 66611-2122 |
| 9965727 | + | Country Meadows Storage, 18900 N Webster St,, Spring Hill KS 66083-8446 |
| 9965729 | + | ECapital Freight Corporation, 20807 Biscayne Blvd, Ste. 203, Miami FL 33180-1410 |
| 9965733 | + | Matthew Tomlinson, 16777 W 157th St., Olathe KS 66062-6348 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 15 2025 20:51:16 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 15 2025 20:46:00 | IRS, Internal Revenue Service, ATTN Insolvency/Advisory, 2850 NE Independence Ave, Stop 5334 LSM, Lees Summit, MO 64064-2327 |
| 9967110 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 15 2025 21:05:40 | Ally Bank, AIS Portfolio Services LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City OK 73118-7901 |
| 9981938 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 15 2025 20:51:43 | Ally Bank co AIS Portfolio Services LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City OK 73118-7901 |
| 9965720 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 15 2025 20:46:00 | Ally Financial, PO Box 380901, Minneapolis MN 55438-0901 |
| 9982520 | | Email/PDF: bncnotices@becket-lee.com | Apr 15 2025 20:51:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9965723 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 15 2025 20:46:00 | Bank of America, 4060 OGLETOWN/STANTON RD, DE5-019-03-07, Newark DE 19713 |
| 9965725 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 20:51:29 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 9970963 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 15 2025 20:51:34 | Capital One NA, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 9965728 | + | Email/Text: bankruptcy@dedicatedgbc.com | Apr 15 2025 20:46:00 | Dedicated Financial, 1970 Oakcrest Ave, Ste. 217, Saint Paul MN 55113-2624 |
| 9965730 | + | Email/Text: disclosures@forafinancial.com | Apr 15 2025 20:46:00 | Fora Financial, 1385 Broadway, 15th Floor, New York NY 10018-6015 |
| 9989348 | + | Email/Text: Bankruptcy@aubreythrasher.com | | |

| Recip ID | | Notice type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 15 2025 20:46:00 | Fora Financial Asset Securitization 2021, LLC, c/o Aubrey Thrasher, LLC, 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 9965731 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 15 2025 21:07:12 | JPMCB - Card Services, 301 N WALNUT ST, FLOOR 09, Wilmington DE 19801-3971 |
| 9965732 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 15 2025 20:51:36 | JPMCB Card Services, PO BOX 15369, Wilmington DE 19850-5369 |
| 9976713 | + | Email/Text: RASEBN@raslg.com | Apr 15 2025 20:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 9989347 | + | Email/Text: Bankruptcy@aubreythrasher.com | Apr 15 2025 20:46:00 | Jason Khano, 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 9965734 | | Email/Text: bankruptcy@bbandt.com | Apr 15 2025 20:46:00 | Sheffield Financial, PO Box 580229, Charlotte NC 28258-0229 |
| 10008150 | | Email/Text: bankruptcy@bbandt.com | Apr 15 2025 20:46:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 9993482 | + | Email/Text: tbb_placement@enova.com | Apr 15 2025 20:46:00 | The Business Backer, P.O. Box 16, South Lebanon, OH 45065-0016 |
| 9965736 | ^ | MEBN | Apr 15 2025 20:42:23 | The Business Backer, LLC, 10856 Reed Hartman Hwy #100, Blue Ash OH 45242-0209 |
| 9965721 | + | Email/PDF: bncnotices@becket-lee.com | Apr 15 2025 20:51:51 | american express, P.O. Box 981535, El Paso TX 79998-1535 |
| 9965722 | + | Email/PDF: bncnotices@becket-lee.com | Apr 15 2025 21:07:10 | american express, P.O. Box 981537, El Paso TX 79998-1537 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | CoreFirst Bank & Trust, 3035 SW Topeka Blvd., Topeka, KS 66611-2122 |
| 9978486 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9965735 | ##+ | Sheffield Financial, 150 South Stratford Road, Winston Salem NC 27104-4227 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christopher Allman | on behalf of Creditor IRS Chris.Allman@usdoj.gov timothy.m.evans@usdoj.gov,caseview.ecf@usdoj.gov,levi.kern@usdoj.gov |
| Evan L Moscov | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC evan.moscov@moscovlaw.com, teresap@w-legal.com |
| George Matthew Barberich, Jr | mbarberich@brileyfin.com |
| John Nemecek | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Lauren E Bartee | on behalf of Creditor CoreFirst Bank & Trust bartee@rfm-law.com yamashita@rfm-law.com |
| R. Patrick Riordan | on behalf of Creditor CoreFirst Bank & Trust riordan@rfm-law.com |
| Richard A Kear | on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov |
| Ryan A Blay | on behalf of Debtor Tomlinson Transport LLC blay@wagonergroup.com, bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 10